IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>             Plaintiff,                      )<br>                                                           )<br>     vs.                                                )<br>                                                           )<br>SHAWNA FAITH RENE STOKES,  )<br>                                                           )<br>             Defendant.                  ) | 8:13CR364<br><br>ORDER |

This matter is before the court on the motion to continue by defendant Shawna Faith Rene Stokes (Stokes) (Filing No. 22). Stokes seeks a continuance of the trial of this matter which is scheduled for January 6, 2014. Stokes' counsel has represented to the court that Stokes will submit an affidavit wherein Stokes represents that she consents to the motion and acknowledges she understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Stokes' motion to continue trial (Filing No. 22) is granted.

2. Trial of this matter is re-scheduled for **February 3, 2014,** before Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **December 9, 2013, and February 3, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 9th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge